IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WINIFRED ABDULLAH, et al., | : | CIVIL ACTION NUMBER |
| Plaintiffs, | : | 1:05-CV-75(WLS) |
| VS. | : | |
| EQUITY GROUP-GEORGIA DIVISION, LLC., | : | |
| Defendant. | : | |

## J U D G M E N T

Pursuant to this Court's Order filed October 13, 2006, and for the reasons stated therein, JUDGMENT is entered in favor of Defendant and against Plaintiffs. Plaintiffs shall recover nothing from Defendant and Defendant is entitled to costs of this action.

This 13th day of October, 2006.

GREGORY J. LEONARD, CLERK

BY:s/Brenda J. Littleton
Deputy Clerk